CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 09 2009

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JAMES EDWARD BROWN, *Plaintiff,* v. VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., *Defendants.* | CIVIL ACTION NO. 6:07-CV-00033<br><br>FINAL ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss are hereby GRANTED, any pending motions are DENIED as MOOT, and this case is STRICKEN from the active docket of the Court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Plaintiff and to all counsel of record.

It is so ORDERED.

Entered this ___ day of January, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE